Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 19−10374−VFP
                          Chapter: 13
                          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francisco Baluarte
   aka Francisco G Baluarte
   230 N 12th Stret
   Kenilworth, NJ 07033

Social Security No.:
   xxx−xx−1090

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/11/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 11, 2019
JAN: jf

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Francisco Baluarte  
    Debtor

Case No. 19-10374-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Apr 11, 2019
                               Form ID: 148                 Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db            +Francisco Baluarte,    230 N 12th Stret,    Kenilworth, NJ 07033-1160
cr            +Thrift Investment Corporation,    720 King George's Post Road P.O. Box 538,
                Fords, NJ 08863-0538,    UNITED STATES 08863-0538
517957734     +KML Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517957736     +Silder Baluarte,    722 Adams Avenue,    Elizabeth, NJ 07201-1633
517957739     +Thrift Investment Corporation,    720 King George Post Road,    Fords, NJ 08863-1985
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2019 00:10:03      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2019 00:09:58      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Apr 12 2019 03:28:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,    Norfolk, VA 23541-1021
517957731     +EDI: CAPITALONE.COM Apr 12 2019 03:28:00      Capital One,    P.O. Box 30281,
                Salt Lake City, UT 84130-0281
518044952     +EDI: AIS.COM Apr 12 2019 03:28:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
517957732     +EDI: WFNNB.COM Apr 12 2019 03:28:00      Comenitycb/zales,    P.O. Box 182120,
                Columbus, OH 43218-2120
518126086      E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2019 00:09:25      Ditech Financial LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154
517957733     +E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2019 00:09:25      Ditech Mortgage,
                P.O. Box 6172,    Rapid City, SD 57709-6172
517957735     +EDI: CBSKOHLS.COM Apr 12 2019 03:28:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
517957735     +E-mail/Text: bncnotices@becket-lee.com Apr 12 2019 00:08:51      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518071372      EDI: Q3G.COM Apr 12 2019 03:28:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                PO Box 788,    Kirkland, WA 98083-0788
517957737     +E-mail/Text: clientservices@simonsagency.com Apr 12 2019 00:10:42      Summit Radiological,
                c/o Simons Agency Inc,    4963 Wintersweet Drive,    Liverpool, NY 13088-2176
517958962     +EDI: RMSC.COM Apr 12 2019 03:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517957738      EDI: TDBANKNORTH.COM Apr 12 2019 03:28:00      Td Bank N.a.,    32 Chestnut St,
                Lewiston, ME 04240
518072759     +EDI: AIS.COM Apr 12 2019 03:28:00      Verizon,    by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              Antonio R. Espinosa    on behalf of Debtor Francisco  Baluarte Andespbk@gmail.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Thrift Investment Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Apr 11, 2019
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                               TOTAL: 6