## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−10374−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francisco Baluarte
   aka Francisco G Baluarte
   230 N 12th Stret
   Kenilworth, NJ 07033

Social Security No.:
   xxx−xx−1090

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                6/20/19
Time:              08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 10, 2019
JAN: jf

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Francisco Baluarte  
       Debtor

Case No. 19-10374-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: May 10, 2019  
                            Form ID: 132      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2019.
```
db          +Francisco Baluarte,   230 N 12th Stret,   Kenilworth, NJ 07033-1160
cr          +Thrift Investment Corporation,    720 King George's Post Road P.O. Box 538,
              Fords, NJ 08863-0538,    UNITED STATES 08863-0538
517957734   +KML Group, P.C.,    216 Haddon Avenue,    Suite 406,   Westmont, NJ 08108-2812
517957736   +Silder Baluarte,    722 Adams Avenue,    Elizabeth, NJ 07201-1633
517957739   +Thrift Investment Corporation,    720 King George Post Road,    Fords, NJ 08863-1985
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 11 2019 00:02:56     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 11 2019 00:02:50     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 23:59:39
             Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
517957731   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 10 2019 23:59:44     Capital One,
             P.O. Box 30281,   Salt Lake City, UT 84130-0281
518044952   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2019 00:10:43
             Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517957732   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 11 2019 00:02:39     Comenitycb/zales,
             P.O. Box 182120,   Columbus, OH 43218-2120
518126086    E-mail/Text: bankruptcy.bnc@ditech.com May 11 2019 00:02:29     Ditech Financial LLC,
             P.O. Box 6154,   Rapid City, SD 57709-6154
517957733   +E-mail/Text: bankruptcy.bnc@ditech.com May 11 2019 00:02:29     Ditech Mortgage,
             P.O. Box 6172,   Rapid City, SD 57709-6172
517957735   +E-mail/Text: bncnotices@becket-lee.com May 11 2019 00:02:01     Kohls/capone,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
518071372    E-mail/Text: bnc-quantum@quantum3group.com May 11 2019 00:02:45
             Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
             Kirkland, WA 98083-0788
517957737   +E-mail/Text: clientservices@simonsagency.com May 11 2019 00:03:40     Summit Radiological,
             c/o Simons Agency Inc,   4963 Wintersweet Drive,   Liverpool, NY 13088-2176
517958962   +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 23:59:13     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517957738    E-mail/Text: bankruptcy@td.com May 11 2019 00:03:00     Td Bank N.a.,   32 Chestnut St,
             Lewiston, ME 04240
518072759   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2019 00:10:09     Verizon,
             by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2019 at the address(es) listed below:
```
          Antonio R. Espinosa    on behalf of Debtor Francisco  Baluarte Andespbk@gmail.com
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor   Thrift Investment Corporation
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 10, 2019
                              Form ID: 132             Total Noticed: 19


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kevin Gordon McDonald    on behalf of Creditor    Loan Care Servicing Center, Inc.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```